**FILED**

FEB 2 4 2020

Clerk, U.S. Courts
District Of Montana
Billings Division

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:** | **MJ-20-17-BLG-TJC** |
| | |
| | **ORDER** |
| **Four Sandisk SD cards and one Gigastone SD card; one LG V40 cellular phone bearing FCC ID number 2NFV405UA; one Lexar Media thumb drive** | |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including

the Application for a Search Warrant, Search Warrant, and Affidavit in support of

Search Warrant and attachments (Attachments A-B) filed herein, are SEALED.

The Search Warrant is unsealed for the limited purpose of permitting the Affiant to

comply with execution of the Search Warrant, pursuant to Fed. R. Crim. P. Rule

41(f).

//

IT IS FURTHER ORDERED that this case is unsealed for the limited

purposes of providing copies of documents in discovery, upon initial appearance

on an Indictment by any defendant related to this search warrant and

service/receipt of request for discovery by defense counsel, pursuant to Fed. R.

Crim. P. 16.

DATED this _2 4_ day of February, 2020.

Hon. Timothy J. Cavan
United States Magistrate Judge